IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS AND OPERATING
ENGINEERS LOCAL 520
PENSION FUND, et a.,

Plaintiff,

v.

CHAPMAN EXCAVATING &
CONCRETE CONSTRUCTION, INC.,

Defendant.                                                    No. 08-722-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiffs' notice of voluntary dismissal without prejudice (Doc. 8). Specifically, Plaintiffs move to dismiss without prejudice their claims against Defendant Chapman Excavating & Concrete Construction, Inc.. The Court **ACKNOWLEDGES** Plaintiffs' dismissal and **DISMISSES** without prejudice Plaintiffs' cause of action against the Defendant. The Court will close the file.

**IT IS SO ORDERED.**
Signed this 7th day of May, 2009.

/s/     David R Herndon

**Chief Judge**
**United States District Court**